```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

JOHN STARKS,                              Civil Action No.:
                                          08-CIV-3945
             Plaintiff,

     - against -
                                          RULE 7.1 DISCLOSURE

STAPLES THE OFFICE SUPERSTORE
EAST, INC.,                               J. Berman

             Defendant.
----------------------------------------X
```

Pursuant to Local Civil Rule 7.1 of the Rules of this Court, defendant STAPLES THE OFFICE SUPERSTORE EAST, INC. (hereinafter "STAPLES"), by its attorneys Simmons, Jannace & Stagg, L.L.P, submits the following identification of corporate parents, subsidiaries and affiliates:

| **Name of Subsidiary** | **Jurisdiction of Incorporation** | **Name under which they do business** |
|---|---|---|
| 3053840 Nova Scotia Company | Nova Scotia | Same |
| 3053841 Nova Scotia Company | Nova Scotia | Same |
| 3094494 Nova Scotia Company | Nova Scotia | Same |
| Agawam Mill, LP | Delaware | Same |
| Bernard Belgium SA | Belgium | Same |
| Bernard France SAS | France | Same |
| Bernard Supplies Limited | UK | Same |
| Business Office Supply B.V. | Netherlands | Office Centre |
| Cherokee Mill, LP | Delaware | Same |
| Clip & Paper B.V. | Netherlands | Same |
| Coppell Mill, LP | Delaware | same |
| Damster Kantooristallaties B.V. | Netherlands | same |

1

| Name of Subsidiary | Jurisdiction of Incorporation | Name under which they do business |
|---|---|---|
| Fareham Developments (One) Limited | United Kingdom | same |
| Fareham Developments (Two) Limited | United Kingdom | same |
| Filatures du Vert Touquet S.a.r.l. | France | same |
| Globus Office World Limited | United Kingdom | Office World |
| Hartford Office Supply Company, Incorporated | Connecticut | same |
| Hayes Marketing, Inc. | Minnesota | HMI |
| Hong Kong Staples Brands Limited | China | same |
| Idasil Investimentos Imobiliarios S.A. | Portugal | IDASIL |
| Jean Paul Guisset SA | France | JPG |
| JPG Benelux Sp.r.l. | Belgium | same |
| JPG Netherlands B.V. | Netherlands | JPG Quill |
| Kontorslagret pa Internet AB | Sweden | Quill Kontorslagret |
| Lebanon Mill, LP | Delaware | same |
| Malling Beck AsP | Denmark | same |
| MAP Support Services, Inc. | Minnesota | same |
| Medical Arts Press, Inc. | Minnesota | MAP |
| Milbro, Inc. | Delaware | same |
| MondOffice s.r.l. | Italy | same |
| Neat Ideas Limited | United Kingdom | same |
| OA365 (China) Company Limited | China | same |
| OA365 International Company Limited | Cayman Islands | same |
| OfficeCentre Equipamentos de Escritorio Lda | Portugal | Office Centre |
| Office Net S.A. | Argentina | same |
| Office Net do Brasil, S.A. | Brazil | same |
| Peterborough, L.P. | Ontario | same |
| Pressel AG | Switzerland | same |

| Name of Subsidiary | Jurisdiction of Incorporation | Name under which they do business |
|---|---|---|
| Pressel Kereskedelmi Kft. | Hungary | same |
| Pressel Post B.V. | Netherlands | same |
| Pressel Post b.v.b.a. | Belgium | same |
| Pressel Sarl | France | same |
| Pressel Sp z.o.o | Poland | same |
| Pressel Systems Sp z.o.o | Poland | same |
| Pressel Systems spol.s.r.o. | Czech Republic | same |
| Pressel Versand GmbH | Germany | same |
| Pressel Versand International GmbH | Austria | same |
| QSDD UK Limited | United Kingdom | same |
| Quill Corporation | Delaware | same |
| Quill Lincolnshire, Inc. | Delaware | same |
| Reliable SAS | France | same |
| SCI Le Ferrain | France | same |
| SCI Le Tuquet | France | same |
| Sistemas Kalamazoo S.L. | Spain | same |
| Smilemakers Canada, Inc. | South Carolina | same |
| Smilemakers for Children Company | Canada | same |
| Smilemakers, Inc. | South Carolina | same |
| SOM Hagerstown, Inc. | Delaware | same |
| Staples (Deutschland) GmbH | Germany | same |
| Staples Airport Express, L.L.C. | Delaware | same |
| Staples Austria GmbH | Austria | same |
| Staples Business Insurance Agency, L.L.C. | Massachusetts | same |
| Staples Catalog SAS | France | same |
| Staples Connecticut, Inc. | Connecticut | same |
| Staples Contract & Commercial, | Delaware | same |

| Name of Subsidiary | Jurisdiction of Incorporation | Name under which they do business |
|---|---|---|
| Inc. | | |
| Staples Delivery UK Limited | United Kingdom | same |
| Staples Employment Services Limited | United Kingdom | same |
| Staples Enterprise Risk Solutions, Inc. | Vermont | same |
| Staples Europe Holdings, G. P. | Bermuda | same |
| Staples Express at the Airport, L.L.C. | Delaware | same |
| Staples Foundation for Learning, Inc. | Massachusetts | same |
| Staples France Holding SAS | France | same |
| Staples Global Holdings, L.P. | Bermuda | same |
| Staples GP, LLC | Delaware | same |
| Staples Insurance Agency, Inc. | Delaware | same |
| Staples International Limited | United Kingdom | same |
| Staples International, Inc. | Delaware | same |
| Staples Luxco S.a.r.l. | Luxembourg | same |
| Staples Mail Order UK Limited | United Kingdom | same |
| Staples Netherlands B.V. | Netherlands | same |
| Staples of Maryland, LLC | Delaware | same |
| Staples Partners, LLC | Delaware | same |
| Staples Product Sourcing Group Europe, B.V.B.A. | Belgium | same |
| Staples Security Corporation | Massachusetts | same |
| Staples the Office Superstore East, Inc. | Delaware | same |
| Staples the Office Superstore, Limited Partnership | Massachusetts | same |
| Staples the Office Superstore, LLC | Delaware | same |

| Name of Subsidiary | Jurisdiction of Incorporation | Name under which they do business |
|---|---|---|
| Staples Transportation LLC | Delaware | same |
| Staples UK Limited | United Kingdom | same |
| Staples Value, LLC | Virginia | same |
| Sundex SNC | France | same |
| The Business Depot, Ltd. | Ontario, Canada | Staples The Business Dep Staples The Office Supers Bureau en Gross |
| Wellbox Handels GmbH | Austria | same |

```
Dated:    Syosset, New York
          April 25, 2008
```

SIMMONS, JANNACE & STAGG, L.L.P.
Attorneys for Defendant
STAPLES THE OFFICE SUPERSTORE
EAST, INC.

By:_____s/_____
     KATHRYN FITZGERALD (kf-3697)

**Office & P.O. Address**
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100

TO:

ANDREW F. PLASSE, P.C.
Attorney for Plaintiff
JOHN STARKS
**Office & P.O. Address:**
352 7th Avenue, Suite 402
New York, New York 10001
(212) 695-5811

RULE 7.1 STAPLES

## CERTIFICATE OF SERVICE

**RE:**     **John Starks v. Staples the Office Superstore East, Inc.**
**Docket No.: 08 CIV 3945   J. Berman**

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NASSAU     )

I, MARILYN C. AVONDET, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **DEFENDANT'S RULE 7.1 RULE DISCLOSURE** was made on April 29, 2008 by:

XX   Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

ANDREW F. PLASSE, P.C.
Attorney for Plaintiff
JOHN STARKS
**Office & P.O. Address:**
352 7th Avenue, Suite 402
New York, New York 10001
(212) 695-5811


Under penalty of perjury, I declare that the foregoing is true and correct.

```
                              _____s/_____
                                   MARILYN C. AVONDET
```
Sworn to before me this
29th day of April, 2008


_Margaret M. Rose__No. 01RO6169875
NOTARY PUBLIC    Nassau County Exp. 7/2/11

SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100