**CERTIFICATE OF SERVICE**

RE:     John Starks v. Staples the Office Superstore East, Inc.
        **Docket No.: 08 CIV 3945   J. Berman**

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NASSAU    )

I, MARILYN C. AVONDET, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **DEFENDANT'S NOTICE OF REMOVAL AND CIVIL COVER SHEET** was made on April 29, 2008 by:

XX   Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

ANDREW F. PLASSE, P.C.
Attorney for Plaintiff
JOHN STARKS
**Office & P.O. Address:**
352 7th Avenue, Suite 402
New York, New York 10001
(212) 695-5811


Under penalty of perjury, I declare that the foregoing is true and correct.

                                _____s/_____
                                       MARILYN C. AVONDET

Sworn to before me this
29th day of April, 2008


_Margaret M. Rose No. 01RO6169875____
NOTARY PUBLIC    Nassau County Exp. 7/2/11


SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100