```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STARKS,
                      Plaintiff(s),                                      08 Civ. 3945

    -against-                                                   **ORDER**

STAPLES,
                      Defendant(s),
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Counsel for Plaintiff and Defendants, having appeared in Court on May 29, 2008, and having advised the Court that the case has settled, it is hereby

**ORDERED**, the above-entitled action be, and the same hereby is, discontinued.

Dated: New York, New York
         May 29, 2008

                                                                             Richard M. Berman, U.S.D.J.